**ERNEST BERGER v. LILA F. WHITEHEAD, joined by her husband, REGINALD C. WHITEHEAD.**

19 So. (2nd) 869                                   January Term, 1945
January 9, 1945                                         Division A
Rehearing denied January 26, 1945

*Cooper & Cooper,* for appellant.
*William C. McLean,* for appellees.

PER CURIAM:

From our study of the evidence we are convinced that the record is free from reversible error.

The judgment is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.